# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVEN LESHON GRAY,<br><br>        Petitioner,<br><br>  v.<br><br>G.D. LEWIS, Warden,<br><br>        Respondent. | Case No. CV 15-2446 AG (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1  **IT IS ORDERED** that the Petition is denied and Judgment shall
2  be entered dismissing this action with prejudice.
3
4  **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5  Order and the Judgment herein on Petitioner at his current
6  address of record.
7
8  **LET JUDGMENT BE ENTERED ACCORDINGLY.**
9
10 DATED: October 31, 2015
11
12 _____
   ANDREW J. GUILFORD
13 UNITED STATES DISTRICT JUDGE