# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVEN LESHON GRAY,<br><br>        Petitioner,<br><br>  v.<br><br>G.D. LEWIS, Warden,<br><br>        Respondent. | Case No. CV 15-2446 AG (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: October 31, 2015

*[signature]*

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE